# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-3897
Lower Tribunal No. 2006-CF-004780-A-O

_____

ANTHONY FRATER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

STARGEL and WOZNIAK, JJ., and LAMBERT, B.D., Associate Judge, JJ., concur.


Anthony Frater, Live Oak, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED